UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MALLORY WOODFORK**                                    **CIVIL ACTION**

**VERSUS**                                                           **NO. 24-1422**

**JOSEPH P. LOPINTO, III, ET AL**                 **SECTION: "I" (3)**

**O R D E R**

    The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a).  The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of this court.  All dates remain in effect unless modified by the judge to whom this case is transferred.

    New Orleans, Louisiana, this 12th day of June, 2024.

June 12, 2024
REALLOTTED TO
**SECT. J**

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**