UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALLORY WOODFORK | CIVIL ACTION |
| VERSUS | No. 24-1422 |
| JOSEPH P. LOPINTO, III, ET AL. | SECTION: "J"(3) |

## ORDER

The Court has been informed that the above-captioned case is related to Civil Action No. 24-1465, *Calvin Cains, Jr. v. Joseph P. Lopinto, III, et al.,* allotted to Section "G"(2) of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned matter be **TRANSFERRED** to Section "G"(2) for further proceedings.

New Orleans, Louisiana, this 12th day of June, 2024.

June 13, 2024

TRANSFERRED TO
**SECT. G MAG 2**

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE