UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, et al.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 24-1422** |
| **JOSEPH P. LOPINTO, III, et al.** | **SECTION: "G"(2)** |

### ORDER

Considering Defendant Sheriff Joseph P. Lopinto, III's ("Lopinto") "Motion for Extension of Time,"[1] and because Lopinto has not previously requested an extension of time and the motion is unopposed, in accordance with Local Rule 7.8,

**IT IS ORDERED** that the motion is **GRANTED**. Lopinto is granted an additional twenty-one days to file responsive pleadings to the complaint filed by Plaintiff.

**NEW ORLEANS, LOUISIANA**, this __8th__ day of August, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 7.