UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1422** |
| **JOSEPH P. LOPINTO, III, ET AL** | **SECTION "G"(2)** |

## MOTION FOR EXTENSION OF TIME

**ON MOTION OF** Defendants, Deputy Clinston Gadea, Deputy Ryan Rivette, and Deputy Donald Clogher, through undersigned counsel, and on suggesting to this Honorable Court that Movers have recently been served with a copy of the Complaint filed herein. Movers desire a twenty (20) day extension of time within which to file responsive pleadings in order that an investigation of the allegations of the Complaint may be conducted and prepare a defense thereon; therefore, an extension of twenty (20) days is respectfully requested. Counsel for Defendants certifies that no opposition to the granting of an extension of time has been filed into the record of the Court and that no previous extension has been requested by these Defendants in this matter.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone:  (504) 834-7676
Facsimile:  (504) 834-5409
E-mail: danny@martinylaw.com
          jeff@martinylaw.com
          mulljtc@gmail.com

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (LA Bar #9012)**
**JEFFREY D. MARTINY (LA Bar #35012)**
**JAMES B. MULLALY (LA Bar #28296)**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone:  (504) 834-7676
Attorneys for Defendants, Sheriff Joseph P. Lopinto, III, Deputy Clinston Gadea, Deputy Ryan Rivette, and Deputy Donald Clogher

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

*/s/ Daniel R. Martiny*
DANIEL R. MARTINY (9012)