UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1422** |
| **JOSEPH P. LOPINTO, III, ET AL** | **SECTION "G"(2)** |

### O R D E R

Considering the above and foregoing;

**IT IS ORDERED** that Defendants, Deputy Clinston Gadea, Deputy Ryan Rivette, and Deputy Donald Clogher, be and are hereby granted a twenty (20) day extension of time within which to file responsive pleadings to the Complaint filed herein.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**JUDGE**