UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MALLORY WOODFORK, et al.**                              **CIVIL ACTION**

**VERSUS**                                                **CASE NO. 24-1422**

**JOSEPH P. LOPINTO, III, et al.**                        **SECTION: "G"(2)**

## ORDER

Considering Defendants Deputy Clinston Gadea, Deputy Ryan Rivette, and Deputy Donald Clogher's (collectively "Defendants") "Motion for Extension of Time,"[1] and because Defendants have not previously requested an extension of time and the motion is unopposed, in accordance with Local Rule 7.8,

**IT IS ORDERED** that the motion is **GRANTED**. Defendants are granted an additional twenty-one days to file responsive pleadings to the complaint filed by Plaintiffs.

**NEW ORLEANS, LOUISIANA**, this  21st   day of August, 2024.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 9.