IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALLORY WOODFORK, *individually and as administrator of the Estate of* CALVIN CAINS III., *deceased.* <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH P. LOPINTO, III *et al.*, <br><br> Defendants. | case no.: 2:24-cv-01422 |

Now comes Plaintiff, by and through counsel, and hereby gives notice that Eli J. Hare enters his appearance as counsel on her behalf. This Notice does not change the status of any other counsel of record.

DATED:  September 3, 2024

Respectfully submitted,

*/s/Eli J. Hare*
Eli J. Hare, La Bar No. 36752
Diandra S. Debrosse Zimmermann*

**DiCELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
(205) 855-5700
ehare.@dicellolevitt.com
Fu@dicellolevitt.com

Robert F. DiCello*
Kenneth P. Abbarno*
Joe F. Fouche III *
Jordyn Parks*
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Phone: (440) 953-8888
rfdicello@dicellolevitt.com

kabbarno@dicellolevitt.com
jfouche@dicellolevitt.com
jparks@dicellolevitt.com

William Most, La. Bar No. 36914
Dave Lanser, La. Bar No. 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com

*Pro Hac Vice* applications forthcoming*
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

/s/Eli J. Hare
Eli J. Hare, La Bar No. 36752
Diandra S. Debrosse Zimmermann*

**DiCELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
(205) 855-5700
ehare.@dicellolevitt.com
Fu@dicellolevitt.com

Robert F. DiCello*
Kenneth P. Abbarno*
Joe F. Fouche III *
Jordyn Parks*
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Phone: (440) 953-8888
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
jfouche@dicellolevitt.com
jparks@dicellolevitt.com

William Most, La. Bar No. 36914
Dave Lanser, La. Bar No. 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com

*Pro Hac Vice* applications forthcoming*
**Counsel for Plaintiff**

3