AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Mallory Woodfork | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 24-cv-01422-LMA-EJD |
| Joseph P. Lopinto, III, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ryan Rivette

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Most
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
williammost@gmail.com
(504) 509-5023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

Date: Jun 04 2024

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-CV-01422-LMA-EDJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Ryan Rivette</u> was received by me on *(date)* <u>Aug 7, 2024, 10:42 am</u>.

**[X]** I personally served the summons on the individual at *(place)* <u>41130 Cuthell Road, Hammond, LA 70403</u> on *(date)* <u>Wed, Aug 07 2024 8:08 pm</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/8/2024

*Server's signature*

Herbert Battistella, Process Server

*Printed name and title*

5916 South Shore Dr., Baton Rouge, LA 70817-3982

*Server's address*

Additional information regarding attempted service, etc.:

Successful Service: August 7, 2024, 8:08 pm CDT at Home: 41130 Cuthell Road, Hammond, LA 70403 received by Ryan Rivette, personally in-hand. Age: 35-38 yrs.; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'6"; Hair: Black.