# EXHIBIT A

| | |
|---|---|
| **From:** | Paige Braddock |
| **To:** | Joe Fouche |
| **Subject:** | ****ATTEMPT DETAILS****Re: RICKY FUENTES - Reference: MALLORY WOODFORK - Order Number: 2210319 |
| **Date:** | Tuesday, September 3, 2024 1:26:32 PM |
| **Importance:** | High |

**Greetings JOE FOUCHE,**

**In regard to the service listed below:**

**PROCESS SERVICE RECIPIENT:**
**RICKY FUENTES**
**3913 N I 10 SERVICE RD W APT 324**
**METAIRIE, LA 70002**

## Here are the server's attempt details:

*08/08/24        6:45:00 PM    Residential apt complex Named Terraces. Secured. Office closed. Resident is not home at the provided service address. Made contact with resident through Ring, who said he was not the subject but was his cousin. He said no one was home and very vague regarding subject.*

*08/10/24        1:21:00 PM    Resident is not answering at the provided service address. Potential movement behind door.*

*08/16/24        5:06:00 PM    Resident is not answering at the provided service address.*

*08/27/24        5:10:00 PM    Resident is not home or not answering at the provided service address. No contact through ring.*

*08/29/24        9:27:00 AM    Resident is not home at the provided service address.*

*09/01/24        8:19:00 AM    Resident is not home or not answering at the provided service address. No movement.*

*Please advise on how you would like us to proceed with service as the server has exhausted all attempts.*

**Will you need a non-service affidavit from the process server? Please let me know if you would like us to try to locate a current address?**

**Thank you!**

**Paige Braddock**
**Special Delivery Service, Inc.**
**214-866-3262**
**Paige.Braddock@SpecialDelivery.com**