# EXHIBIT B

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Mallory Woodfork<br><br>*Plaintiff(s)*<br>v.<br>Joseph P. Lopinto, III, et al.<br><br>*Defendant(s)* | Civil Action No. 24-cv-01422-LMA-EJD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ricky Fuentes



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Most
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
williammost@gmail.com
(504) 509-5023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

*Deputy clerk's signature*

Date: Jun 04 2024

Civil Action No. 24-cv-01422-LMA-EJD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ricky Fuentes
was received by me on *(date)* 08/20/2024 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  No answer at address. ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/03/2024

*Server's signature*

Amy Ford, Process Server
*Printed name and title*

896 L J Richard Rd.
Church Point, LA 70525
800-637-1805
*Server's address*

Additional information regarding attempted service, etc:
Attempt to serve: Ricky Fuentes at 3913 N I 10 SERVICE RD W, APT 324, METAIRIE, LA 70002
08/20 at 3:11 PM - Apartment staff confirmed subject's residence at the address but said he was not home.
08/20 at 5:34 PM - No answer. 08//22 at 10:29 AM - No answer. 08/26 at 2:55-5:00 PM - No answer, no activity.
08/27 at 5:00-6:40 AM - No answer, no activity, unable to gain entry to the building.
08/27 at 3:10-5:00 PM - No answer, no activity. 08/28 at 5:00-6:35 AM - No activity.
08/29 at 8:30-10:30 AM - Made contact with the subject via call box. He stated he was going to work and refused to meet for documents. Call disconnected and no answer further.
08/29 at 1:00 PM - No answer.
08/31 at 12:00-4:10 PM - No ansewr, no answer on call box. Office receptionist stated that subject told her he was leaving for vacation. She was unable to provide a timeline for said vacation.

| | |
|---|---|
| **From:** | We Serve NJ LLC |
| **To:** | Joe Fouche |
| **Cc:** | Jordyn Parks |
| **Subject:** | Re: New Request for service - Ricky Fuentes - re: Mallory Woodfork 2:24-cv-01422 |
| **Date:** | Tuesday, September 3, 2024 8:47:09 AM |
| **Attachments:** | image004.png |

8/20 at 3:11pm arrived at the apartment complex where Mr. Fuentes lives. I got confirmation that he does live here however he isn't home. Staff confirmed that also. They offered to place the documents In a sealed envelope and give to him when he gets home. The manager doubled back and said their higher ups won't allow them to accept.

Attempt to serve at subjects work on 8/20 at 4:20pm.

8/20 at 5:34pm I returned to the targets address and he wasn't home. When I spoke with the office staff for the apartment complex, they said he had left not long before I got there the first time so he was probably heading to work or left early prior to going to work. I know cops here work 12 hr shifts so that would make sense why he wasn't home when I went back at 5:34. I did leave my name and number with the office and asked them to give it to him.

8/22 at 10:29am no answer, no one home, unable to serve the subject.

8/26 2:55-5p knocked and got no answer. Waited til 5. Didn't see subject.

8/27 5a-640a watched for subject but didn't see him. Unable to gain entry to building due to early hour.

8/27 310p-5p knocked on door and got no answer. Waited but never saw subject.

8/28 5a-635a watched for subject but never saw him.

8/28 314p-455p knocked on subjects door but no answer. Waited but never saw him.

8/29 830-1030a made contact w subject via call box. He stated he was headed to work and didn't know when he'd be back. Refused to arrange meet up. Call disconnected and he wouldn't answer again. Only contact made.

8/29 1:00 PM made additional attempt to serve but got no answer when knocking on door.

8/31 12p-410p knocked on subjects door and got no answer. Attempted contact via call box no answer. Waited and just prior to leaving the office receptionist stated that subject told her he was leaving for vacation. She was unable to provide a timeline for said vacation.

Please advise.

Thank you,



**We Serve NJ LLC**

New Jersey Process Servers

**p:** 800-637-1805
**w:** weservenj.com
**e:** info@weservenj.com