IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALLORY WOODFORK, *individually and as administrator of the Estate of* CALVIN CAINS III., *deceased.*<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH P. LOPINTO, III *et al.*,<br><br>    Defendants. | CASE NO.: 2:24-cv-01422 |

## ORDER

Pending before the Court is the Motion to Extend Time for Service of Process on Defendant Ricky Fuentes. [ECF No. 16]. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is SO ORDERED.

Signed this \_\_\_\_ of _____, 2024.

                                          **Chief Judge Nannette Jolivette Brown**
                                          **UNITED STATES DISTRICT JUDGE**