**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MALLORY WOODFORK, ET AL.**                          **CIVIL ACTION**

**VERSUS**                                                         **CASE NO. 24-1422**

**JOSEPH P. LOPINTO, III, et al.**                        **SECTION: "G"(2)**

### *Ex Parte* MOTION TO ENROLL ADDITIONAL COUNSEL

Now comes Plaintiff, by and through undersigned counsel, William Most of Most and Associates, which moves this Honorable Court to enroll as additional counsel of record, Eli J. Hare (La. Bar No. 36752) of the law firm DiCello Levitt LLP. William Most will remain as counsel of record for Plaintiff. The addition of counsel will not delay or impede the litigation of this matter.

**WHEREFORE,** Plaintiff, Mallory Woodfork, prays that this Honorable Court allow the law firm of DiCello Levitt LLP to enroll Eli J. Hare as additional counsel of record.

DATED:  September 4, 2024

Respectfully submitted,

*/s/ William Most*
William Most, La. Bar No. 36914
Dave Lanser, La. Bar No. 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com

Eli J. Hare, La Bar No. 36752
Diandra S. Debrosse Zimmermann*
**DiCELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
(205) 855-5700
ehare.@dicellolevitt.com
Fu@dicellolevitt.com

Robert F. DiCello*
Kenneth P. Abbarno*
Joe F. Fouche III *
Jordyn Parks*
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Phone: (440) 953-8888
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
jfouche@dicellolevitt.com
jparks@dicellolevitt.com

*Pro Hac Vice* applications forthcoming*
***Counsel for Plaintiff***