## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MALLORY WOODFORK, ET AL.**                     **CIVIL ACTION**

**VERSUS**                                       **CASE NO. 24-1422**

**JOSEPH P. LOPINTO, III, et al.**               **SECTION: "G"(2)**

### ORDER ON EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL

Considering Plaintiff's *Ex Parte Motion to Enroll Additional Counsel,* the motion is GRANTED. Eli J. Hare of the law firm DiCello Levitt LLP shall be enrolled as additional counsel in the above-captioned case. SO ORDERED.

_____
JUDGE