UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-1422** |
| **JOSEPH P. LOPINTO, III, et al.** | **SECTION: "G"** |

### ORDER

Before the Court is Plaintiff Mallory Woodfork's ("Plaintiff") "Motion to Extend Time for Service of Process on Defendant Ricky Fuentes."[1] This case was filed on June 3, 2024.[2] To date, Defendant Rickey Fuentes ("Fuentes") has not been served. Plaintiff alleges that despite several service attempts by two separate process servers, Fuentes has not been served due to him evading service.[3] Plaintiff requests that she be granted additional time for completion of service.[4]

Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Considering the representations of Plaintiff, the Court finds good cause exists to extend the deadline for service. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Extend Time for Service of

---

[1] Rec. Doc. 16.

[2] Rec. Doc. 1.

[3] Rec. Doc. 16.

[4] *Id.* at 1.

Process on Defendant Ricky Fuentes"[5] is **GRANTED.** The deadline for Plaintiff to effect service on Fuentes is extended for ninety (90) days from the date of entry of this Order.

**NEW ORLEANS, LOUISIANA** this <u>  4th  </u> day of September, 2024.

                                                  **NANNETTE JOLIVETTE BROWN**
                                                  **CHIEF JUDGE**
                                                  **UNITED STATES DISTRICT COURT**

---

[5] Rec. Doc. 16.