UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, et al.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 24-1422** |
| **JOSEPH P. LOPINTO, III, et al.** | **SECTION: "G"** |

### ORDER

Considering Plaintiff Mallory Woodfork's ("Plaintiff") "Ex Parte Motion to Enroll Additional Counsel,"[1]

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Eli J. Hare of the law firm DiCello Levitt LLP, located at 505 20th Street North, 15th Floor, Birmingham, Alabama 35203, is enrolled as counsel of record in this matter.

**NEW ORLEANS, LOUISIANA**, this  5th  day of September, 2024.

> **NANNETTE JOLIVETTE BROWN**
> **CHIEF JUDGE**
> **UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 18.