**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**STANDING ORDER GOVERNING SECTION "G" COURTROOM**
**WHILE COURT IS IN SESSION**

The following Order shall apply to any and all persons who enter the courtroom of Section G:

(**1**)  **IT IS ORDERED** that the following items are to be completely off upon entry into the courtroom: **Portable communication devices,** including all cellular devices (including cell phones, smartphones, personal digital assistants, BlackBerrys, iPhones, Palm Pilots); ear piece devices (such as Bluetooth); **laptop computers** (including iPads); and digital or other types of video **cameras or recorders**; or any other similarly functioning device.

(**2**)  **IT IS FURTHER ORDERED** that the only exceptions to the above provision shall be (1) authorized **court personnel** working on the matter before the Court; and (2) **law enforcement personnel** (including Court Security Officers and United States Marshals, but not witnesses) participating on the case as assigned by the Court; (3) attorneys who are **counsel of record** and who are seated at counsel tables (not in the public gallery), along with any paralegals or other staff seated at counsel tables (not in the public gallery), and **provided** that the use of any such laptop computer or other device shall not access or be accessed to the internet, cellular network, broad band, Wifi, or any other outside network designed to transmit or receive messages, sounds or visual images to anyone outside the courtroom.  Prior to entry into the courtroom, counsel shall turn off all cellular phone devices including smartphones, BlackBerrys, iPhones, or similar devices.

(**3**)  **IT IS FURTHER ORDERED** that any person possessing such device within the Section "G" courtroom in violation of Paragraph 1 shall be subject to (1) monetary sanction, and

(2) permanent prohibition from entry into the courtroom for the duration of the hearing, or trial both in addition to having such device confiscated and retained by the Court until further notice.

**(4)  IT IS FURTHER ORDERED** that food and/or drink (including coffee and bottled water) shall be prohibited from the Section "G" courtroom; likewise, attendees shall refrain from chewing gum and wearing hats and/or sunglasses (over the eyes or on the head) in the Section "G" courtroom, and shall remove same upon entry.

**NEW ORLEANS, LOUISIANA**, this  10th  day of September, 2012.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**