UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1422** |
| **JOSEPH P. LOPINTO III, et al** | **SECTION "G" (2)** |

**UNOPPOSED MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P. 42(a)**

**NOW INTO COURT,** through undersigned counsel, come Defendants, who respectfully move this Honorable Court to consolidate this matter with another matter arising out of the same occurrence, namely the June 6, 2023, Officer involved shooting of Calvin Cains, III.

The other matter, which was filed after the instant case, is entitled *Calvin Cains, Jr., et al v. Joseph P. Lopinto, III, et al*, Civil Action No. 24-1465 Section "G-2."

The *Cains* matter is also pending before this Honorable Court.

For the reasons elucidated in the attached memorandum in support of this Motion, Defendants submit that the consolidation of the two related matters are in the interests of the parties and the Court.

**WHEREFORE**, Defendants pray that this Motion be GRANTED and, accordingly, that this matter be consolidated with the related matter entitled *Calvin*

*Cains, Jr., et al v. Joseph P. Lopinto, III, et al*, Civil Action No. 24-1465 Section "G-2."

Respectfully submitted,

**/s/ James B. Mullaly**
_____
**FRANZ L. ZIBILICH, TA, LSB#14914**
JAMES B. MULLALY, LSB#28296
MARTINY & ASSOCIATES, LLC
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: danny@martinylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

I further certify that a copy of the foregoing will be sent to counsel in the related matter via electronic mail.

/s/ James B. Mullaly

_____
**JAMES B. MULLALY**