UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MALLORY WOODFORK, ET AL**  CIVIL ACTION

**VERSUS**  NO. 24-1422

**JOSEPH P. LOPINTO III, et al**  SECTION "G" (2)

**MEMORANDUM IN SUPPORT OF MOTION TO CONSOLIDATE
PURSUANT TO FED. R. CIV. P. 42(a)**

**MAY IT PLEASE THE COURT:**

Defendants have moved to consolidate this matter with another matter arising out of the same occurrence, namely the June 6, 2023, Officer involved shooting of Calvin Cains, III. The other matter, which was filed after the instant case, is entitled *Calvin Cains, Jr., et al v. Joseph P. Lopinto, III, et al*, Civil Action No. 24-1465 Section "G-2." The *Cains* matter is also pending before this Honorable Court.

Defendants submit the following:

**LAW AND ARGUMENT**

I.

Fed. R. Civ. P. 42(a) provides that "[i]f actions before the court involve a common question of law or fact, the court may… consolidate the actions." Fed. R. Civ. P. 42(a)(2).

II.

This matter involves common questions of law and fact and arise out of the same occurrence, namely the June 6, 2023, Officer involved shooting of Calvin Cains, III, as the other matter entitled *Calvin Cains, Jr., et al v. Joseph P. Lopinto, III, et al*, Civil Action No. 24-1465 Section "G-2."

III.

Both related cases are currently pending separately before this Honorable Court.

IV.

As above, the instant matter was filed first. Thus, Defendants submit that the *Cains* matter should be consolidated with the instant matter and the instant matter should become the master case.

Accordingly, Defendants further submit that the Scheduling Order in the instant matter (R. Doc. 30) should control.

V.

For the foregoing reasons, the granting of this Motion with not prejudice any party nor inconvenience the parties or the Court. In fact, the opposite is true; the consolidation of the two cases will save costs and spare the undue burden that would result from litigating them separately.

## VI.

Counsel for all parties have been contacted, and this Motion is unopposed.

## CONCLUSION

For the foregoing reasons, Defendants submit that this matter should be consolidated with the related matter entitled *Calvin Cains, Jr., et al v. Joseph P. Lopinto, III, et al*, Civil Action No. 24-1465 Section "G-2."

Respectfully submitted,

**/s/ James B. Mullaly**

_____
**FRANZ L. ZIBILICH, TA, LSB#14914**
JAMES B. MULLALY, LSB#28296
MARTINY & ASSOCIATES, LLC
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: danny@martinylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

I further certify that a copy of the foregoing will be sent to counsel in the related matter via electronic mail.

/s/ James B. Mullaly

_____
**JAMES B. MULLALY**