# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, et al.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 24-1422** |
| **JOSEPH P. LOPINTO III, et al.** | **SECTION: "G" (2)** |

## ORDER

Before the Court is Defendants' Unopposed Motion to Consolidate.[1] Here, the Court finds that the above-captioned case is related to Civil Action No. 24-1465 G/5, *Calvin Cains, Jr., et al. v. Joseph P. Lopinto III, et al.* because the two actions involve similar parties and arise out of the same occurrence.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion to Consolidate[2] is **GRANTED.**

**IT IS FURTHER ORDERED** that the above matters are hereby consolidated for all purposes. Pursuant to the Court's directive, all pleadings hereafter filed in the consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases. The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

---

[1] Rec. Doc. 31.

[2] Rec. Doc. 31.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents with the clerk within five days of the deconsolidation order.

**NEW ORLEANS, LOUISIANA**, this __11th__ day of February, 2025.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**