# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1422 c/w 24-1465** |
| **JOSEPH P. LOPINTO III, et al** | **SECTION "G" (2)** |

## *EX PARTE*/CONSENT MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT,** through undersigned counsel, come Defendants, who respectfully move this Honorable Court for a Protective Order. Defendants submit that this Motion is unopposed and is agreed upon by all parties after review and comment per this Court's standing rule.

**WHEREFORE**, Defendants pray that this Motion be GRANTED and, accordingly, that the attached Protective Order be signed and entered into the record.

Respectfully submitted,

**/s/ James B. Mullaly**
_____
**FRANZ L. ZIBILICH, TA, LSB#14914**
JAMES B. MULLALY, LSB#28296
MARTINY & ASSOCIATES, LLC
131 Airline Drive
Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
Email: danny@martinylaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

/s/ James B. Mullaly

_____
**JAMES B. MULLALY**