# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1422 c/w 24-1465** |
| **JOSEPH P. LOPINTO III, et al** | **SECTION "G" (2)** |

### *EX PARTE*/CONSENT MOTION FOR PROTECTIVE ORDER

Considering the *ex parte*/consent Motion for Protective Order:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion be and is hereby GRANTED and, accordingly;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Protective Order be and is hereby filed into the record.

New Orleans, Louisiana this _____ day of March 2025.

_____
**HONORABLE DONNA PHILLIPS CURRAULT**
**U.S. MAGISTRATE JUDGE**