UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, ET AL** | CIVIL ACTION |
| **VERSUS** | NO. 24-1422 c/w 24-1465 |
| **JOSEPH P. LOPINTO III, et al** | SECTION "G" (2) |

### UNOPPOSED MOTION TO CONTINUE THE TRIAL AND PRETRIAL DEADLINES IN THIS MATTER

**NOW INTO COURT,** through undersigned counsel, come Defendants in the above consolidated cases, who respectfully move this Honorable Court to continue the jury trial in this matter currently set for **March 2, 2026,** as well as all pretrial deadlines currently in place.

The grounds for this Motion, as more fully elucidated in the attached memorandum in support of this Motion, are that lead counsel for the Defendants, Franz L. Zibilich, was appointed by the Louisiana Supreme Court to sit as a judge in Section J of the Criminal District Court in New Orleans and will be unable to participate in the defense of this case.

Defendants submit that good cause exists for the granting of this Motion as set forth below.

Defendants further submit that counsel for all Plaintiffs were contacted and there is no opposition to this Motion.

1

**WHEREFORE**, Defendants pray that, after due consideration is had, this Motion be GRANTED and that the trial of this matter, and all pretrial deadlines, be continued and reset.

Respectfully submitted:

**MARTINY & ASSOCIATES, L.L.C.**

/s/ James B. Mullaly

_____
DANIEL R. MARTINY (Bar # 9012)
JEFFREY D. MARTINY (Bar # 35012)
JAMES B. MULLALY (Bar # 28296)
FRANZ L. ZIBILICH (Bar # 14914)
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409
E-mail: danny@martinylaw.com
Email: jeff@martinylaw.com
Email: mulljtc@gmail.com
*Counsel for the Defendants*

## C E R T I F I C A T E

The undersigned certifies that the foregoing motion was served upon all counsel of record via electronic CM/ECF filing this 17th day of October 2025.

/s/ James B. Mullaly

_____
**JAMES B. MULLALY**