UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1422 c/w 24-1465** |
| **JOSEPH P. LOPINTO III, et al** | **SECTION "G" (2)** |

**ORDER**

On the unopposed Motion of the Defendants, and the Court having found good cause exists for the same;

**IT IS ORDERED** that the trial of this matter, and all pretrial deadlines, be and are hereby continued.

**IT IS FURTHER ORDERED** that the matter be reset at a scheduling conference to be held at a later date to be set by the Court.

New Orleans, Louisiana, this _____ day of October 2025.

_____
**HONORABLE NANNETTE JOLIVETTE BROWN
DISTRICT COURT JUDGE
U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**