## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1422 c/w 24-1465** |
| **JOSEPH P. LOPINTO III, et al** | **SECTION "G" (2)** |

### *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION ON UNOPPOSED MOTION TO CONTINUE THE TRIAL AND PRETRIAL DEADLINES IN THIS MATTER

**NOW INTO COURT**, through undersigned counsel, come defendants, who request that their Unopposed Motion to Continue Trial and Related Deadlines be considered as expeditiously as possible, as the expert deadlines are currently **October 20, 2025,** for Plaintiffs, and **September 17, 2025,** for the Defendants. R. Doc. 30.

. **WHEREFORE**, defendants pray that this *Ex Parte* Motion for Expedited Consideration on their Unopposed Motion to Continue Trial and Related Deadlines be granted.

Respectfully submitted:

**MARTINY & ASSOCIATES, L.L.C.**

/s/ James B. Mullaly

DANIEL R. MARTINY (Bar # 9012)
JEFFREY D. MARTINY (Bar # 35012)
JAMES B. MULLALY (Bar # 28296)
FRANZ L. ZIBILICH (Bar # 14914)

>131 Airline Highway - Suite 201
>Metairie, Louisiana 70001
>Telephone: (504) 834-7676
>Facsimile: (504) 834-5409
>E-mail: danny@martinylaw.com
>Email: jeff@martinylaw.com
>Email: mulljtc@gmail.com
>*Counsel for the JPSO Defendants*

## **C E R T I F I C A T E**

The undersigned certifies that the foregoing motion was served upon all counsel of record via electronic CM/ECF filing this 17th day of October 2025.

>/s/ James B. Mullaly
>_____
>**JAMES B. MULLALY**

2