# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MALLORY WOODFORK, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1422 c/w 24-1465** |
| **JOSEPH P. LOPINTO III, et al** | **SECTION "G" (2)** |

## ORDER

Considering the Defendants' *Ex Parte* Motion to Expedite Consideration on their Unopposed Motion to Continue Trial and Related Deadlines;

**IT IS HEREBY ORDERED** that the Defendants' *Ex Parte* Motion to Expedite Consideration on their Unopposed Motion to Continue Trial and Related Deadlines is **GRANTED**.

New Orleans, Louisiana, this ____ day of October 2025.

_____
**HONORABLE NANNETTE JOLIVETTE BROWN
DISTRICT COURT JUDGE
U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**