UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MALLORY WOODFORK, et al                          CIVIL ACTION

VERSUS                                           NO. 24-1422 c/w
                                                     24-1465

JOSEPH P. LOPINTO, III, et al                    SECTION: G

## SCHEDULING CONFERENCE NOTICE

A scheduling conference by telephone is set for **November 13, 2025 at 2:30 p.m.,** for the purpose of discussing the status of the case and scheduling a pre-trial conference & trial on the merits. **Counsel adding new parties after the mailing of this notice shall notify such new party to participate.**

Counsel and pro se parties must call in to the conference at
(833) 990-9400, Access Code 664065948

**TRIAL COUNSEL** are to participate in this conference. A paralegal or secretary may not be substituted. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must contact the Case Manager at least two days prior to the above date.

October 22, 2025

ISSUED BY:  Morgan Palmer
            Case Manager
            504-589-7680
            morgan_palmer@laed.uscourts.gov