

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Jordyn Alise Parks**
Attorney Registration No. **0102573**

was admitted to the practice of law in Ohio on November 14, 2022; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 6th day of May, 2026.



MICHEL JENDRETZKY
*Director, Office of Attorney Services*



Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2026-05-06-1
Verify by email at GoodStandingRequests@sc.ohio.gov



Exhibit

1

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

## CERTIFICATE OF GOOD STANDING

I, _____ Christian Capece _____ , Clerk of this Court,

certify that ___ Jordyn A. Parks ___ , Bar # ___ 0102583 ___ ,

was duly admitted to practice in this Court on ___ 03/12/2024 ___ , and is in good standing as a member

of the Bar of this Court.

Dated at ___ Toledo, Ohio ___ on ___ 05/06/2026 ___
(Location)                         (Date)

_s/ Christian Capece_
CLERK

_____
DEPUTY CLERK

**Exhibit**

2