**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| MALLORY WOODFORK, *individually and as administrator of the Estate of* CALVIN CAINS III, *deceased.*<br><br>  Plaintiff,<br><br>vs.<br><br>JOSEPH P. LOPINTO, III; CLINSTON GADEA; RICKY FUENTES; RYAN RIVETTE; DONALD CLOGHER<br><br>  Defendants. | CASE NO.: 2:24-cv-01422<br><br>Judge        Nannette Jolivette Brown<br>Magistrate   Donna Phillips Currault |

**DECLARATION IN SUPPORT OF**
**MOTION TO APPEAR PRO HAC VICE**

I, Jordyn Parks, hereby declare as follows:

1.  The following statements are true to the best of my knowledge and belief.

2.  I am a member of the law firm DiCello Levitt LLP, co-counsel for Plaintiff, Mallory Woodfork, individually and as administrator of the Estate of Calvin Cains III, deceased, in the above-referenced matter and I submit this Declaration in support of the Motion to Appear *Pro Hac Vice*, concurrently filed herein.

3.  I am a member in good standing of the bar of the State of Ohio.  There are no pending disciplinary proceedings against me in any state or federal court.

4.  I have never been convicted of a felony.

5.  I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

6. My office address and contact information is as follows:

> DiCello Levitt LLP
> 8160 Norton Parkway, Third Floor
> Mentor, OH 44060
> Email: jparks@dicellolevitt.com
> Telephone: (440) 953-8888; Fax: (440) 953-9138

7. Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of Good Standing from the State of Ohio (dated May 6, 2026), where I am admitted to practice.

8. Attached hereto as Exhibit 2 is a true and correct copy of the Certificate of Good Standing from the United States District Court for the Northern District of Ohio (dated May 6, 2026), where I am admitted to practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2026.

_____
Jordyn Parks