## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MALLORY WOODFORK, *individually and as administrator of the Estate of* CALVIN CAINS III, *deceased.*

       Plaintiff,

vs.

JOSEPH P. LOPINTO, III; CLINSTON GADEA; RICKY FUENTES; RYAN RIVETTE; DONALD CLOGHER

       Defendants.

CASE NO.:  2:24-cv-01422

Judge        Nannette Jolivette Brown
Magistrate   Donna Phillips Currault

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Eastern District of Louisiana, this application is made to admit Attorney Joseph Frate pro hac vice to the bar of this court for the purpose of appearing as additional counsel on behalf of Plaintiff, Mallory Woodfork, individually and as administrator of the Estate of Calvin Cains III, deceased, in the above-described action.

- Attorney Joseph Frate is ineligible to become a member of this court but is a member in good standing of the bar of the United States District Court for the Northern District of Ohio and the Ohio Bar.  Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $100.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against Attorney Joseph Frate, as confirmed in the attached Affidavit of Support.

- In accordance with the local rules for the United States District Court, Eastern District of Louisiana, Eli Hare of the firm, DiCello Levitt, has been appointed as additional local counsel.

- I authorize the Clerk of Court for the Eastern District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from the court. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

/s/Eli J. Hare
Eli J. Hare, La Bar No. 36752
Diandra S. Debrosse Zimmermann*
**DiCELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
(205) 855-5700
ehare.@dicellolevitt.com
Fu@dicellolevitt.com

Robert F. DiCello*
Kenneth P. Abbarno*
Jordyn Parks*
Joseph Frate*
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Phone: (440) 953-8888
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
jparks@dicellolevitt.com
jfrate@dicellolevitt.com

William Most, La. Bar No. 36914
Dave Lanser, La. Bar No. 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com


***Counsel for Plaintiff***
*Pro Hac Vice* applications forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*/s/Eli J. Hare*
Eli J. Hare, La Bar No. 36752
**DiCELLO LEVITT LLP**

***Counsel for Plaintiff***

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MALLORY WOODFORK, *individually and as administrator of the Estate of* CALVIN CAINS III, *deceased.* | |
| Plaintiff, | CASE NO.:  2:24-cv-01422 |
| vs. | Judge          Nannette Jolivette Brown |
| JOSEPH  P.  LOPINTO,  III;  CLINSTON GADEA;   RICKY   FUENTES;   RYAN RIVETTE; DONALD CLOGHER | Magistrate      Donna Phillips Currault |
| Defendants. | |

**ORDER**

IT IS ORDERED that Attorney Joseph Frate be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Plaintiff, Mallory Woodfork, in the above described action.

SO ORDERED on this, the _____ day of _____, 2026.


_____
Honorable Judge Nannette Jolivette Brown