**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

MALLORY WOODFORK, *individually and*
*as administrator of the Estate of* CALVIN
CAINS III, *deceased.*

    Plaintiff,

vs.

JOSEPH P. LOPINTO, III; CLINSTON
GADEA; RICKY FUENTES; RYAN
RIVETTE; DONALD CLOGHER

    Defendants.

CASE NO.:  2:24-cv-01422

| | |
|---|---|
| Judge | Nannette Jolivette Brown |
| Magistrate | Donna Phillips Currault |

**DECLARATION IN SUPPORT OF**
**MOTION TO APPEAR PRO HAC VICE**

I, Joseph Frate, hereby declare as follows:

1.  The following statements are true to the best of my knowledge and belief.

2.  I am a member of the law firm DiCello Levitt LLP, co-counsel for Plaintiff, Mallory
Woodfork, individually and as administrator of the Estate of Calvin Cains III, deceased, in the
above-referenced matter and I submit this Declaration in support of the Motion to Appear *Pro*
*Hac Vice*, concurrently filed herein

3.  I am a member in good standing of the bar of the State of Ohio.  There are no pending
disciplinary proceedings against me in any state or federal court.

4.  I have never been convicted of a felony.

5.  I have never been censured, suspended, disbarred, or denied admission or re-admission
by any court.

6.  My office address and contact information is as follows:

DiCello Levitt LLP
8160 Norton Parkway, Third Floor
Mentor, OH  44060
Email: jfrate@dicellolevitt.com
Telephone: (440) 953-8888; Fax: (440) 953-9138

7.    Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of Good Standing from the State of Ohio (dated May 6, 2026), where I am admitted to practice.

8.    Attached hereto as Exhibit 2 is a true and correct copy of the Certificate of Good Standing from the United States District Court for the Northern District of Ohio (dated May 6, 2026), where I am admitted to practice.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 9, 2026.

_____
Joseph Frate