**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MALLORY WOODFORK** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 24-1422** |
| **JOSEPH P. LOPINTO, III, et al.** | **SECTION: "G"(2)** |

## ORDER

Considering the foregoing Motion to Appear *Pro Hac Vice,*[1]

In accordance with Local Rule 83.2.5, counsel of record who is a member of the bar of this Court has requested that Jordyn Parks be admitted *pro hac vice*. Ms. Parks has provided a certificate by the presiding judge or clerk of the highest court of the state, or court of the United States, where she has been so admitted to practice, showing that she has been so admitted in such court, and that she is in good standing therein. Furthermore, Ms. Parks has affirmed that there have been no disciplinary proceedings or criminal charges against her. Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED.** Jordyn Parks is hereby admitted to the bar of this Court *pro hac vice* on behalf of Plaintiff Mallory Woodfork in the above captioned action.

**NEW ORLEANS, LOUISIANA**, this ___9th___ day of June, 2026.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 41.