**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MALLORY WOODFORK**                                     **CIVIL ACTION**

**VERSUS**                                               **CASE NO. 24-1422**

**JOSEPH P. LOPINTO, III, et al.**                       **SECTION: "G"(2)**

**ORDER**

Considering the foregoing Motion to Appear *Pro Hac Vice* [1] of Joseph Frate:

In accordance with Local Rule 83.2.5, counsel of record who is a member of the bar of this Court has requested that Mr. Frate be admitted *pro hac vice*. Mr. Frate has provided a certificate by the presiding judge or clerk of the highest court of the state, or court of the United States, where he has been so admitted to practice, showing that he has been so admitted in such court, and that he is in good standing therein. Furthermore, Mr. Frate has affirmed that there have been no disciplinary proceedings or criminal charges against him. Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED.** Joseph Frate is hereby admitted to the bar of this Court *pro hac vice* on behalf of Plaintiff Mallory Woodfork in the above captioned action.

**NEW ORLEANS, LOUISIANA**, this ___9th___ day of June, 2026.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 42.