UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MALLORY WOODFORD                                CIVIL ACTION

VERSUS                                          NO. 24-1422   c/w
                                                        24-1465

JOSEPH P. LOPINTO, III, et al                   SECTION: G


**SCHEDULING CONFERENCE NOTICE**

Due to a scheduling conflict, the scheduling conference previously set for July 7, 2026, is reset for **July 16, 2026 at 10:00 a.m.**, for the purpose of discussing the status of the case and scheduling a pre-trial conference and trial on the merits.

<span style="color:blue">Counsel and pro se parties must call in to the conference at (833) 990-9400, Access Code 664065948</span>

**TRIAL COUNSEL** are to participate in this conference.   A paralegal or secretary may not be substituted.   If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.   If, for good cause, neither is possible, you must contact the Case Manager at least two days prior to the above date.


ISSUED BY:          Morgan Palmer
                    Case Manager
                    morgan_palmer@laed.uscourts.gov
                    June 22, 2026