UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MALLORY WOODFORK

VERSUS

JOSEPH P. LOPINTO, III, et al

CIVIL ACTION

NO. 24-1422   c/w
24-1465

SECTION: G

### SCHEDULING CONFERENCE NOTICE

A scheduling conference was set for July 16, 2026. Counsel for plaintiff Calvin Cains Jr. did not call-in to the conference, as directed.  With the consent of opposing counsel, the scheduling conference is RESET for **August 4, 2026 at 10:00 a.m.,** for the purpose of scheduling a pre-trial conference and trial on the merits.

## Counsel and pro se parties must call in to the conference at (833) 990-9400, Access Code 664065948

**TRIAL COUNSEL** are to participate in this conference.  A paralegal or secretary may not be substituted.   If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.   If, for good cause, neither is possible, you must contact the Case Manager at least two days prior to the above date.

ISSUED BY:  Morgan Palmer
Case Manager
morgan_palmer@laed.uscourts.gov
July 16, 2026