**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| MALLORY WOODFORK, *individually and as administrator of the Estate of* CALVIN CAINS III., *deceased.*<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH P. LOPINTO, III *et al.*,<br><br>Defendants. | CASE NO.: 2:24-cv-01422 |

# JOINT STATUS REPORT

**APPEARING FOR PLAINTIFFS:**


Joseph T. Frate*
Jordyn Parks*
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
jfrate@dicellolevitt.com
jparks@dicellolevitt.com

Eli Hare (36752)
**DICELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
(205) 855-5700
ehare@dicellolevitt.com

William Most (36914)
Dave Lanser (37764)
**MOST & ASSOCIATES**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com

***Counsel for Plaintiff Mallory Woodfork***
**Admitted Pro Hac Vice*

Roland Christian Bonin
Alexandre E. Bonin
Jean-Marc Vincent Bonin
**Bonin Law Firm**
4224 Canal Street
New Orleans, LA 70119
(504) 586-0064
rcb@boninlawfirm.com
aeb@boninlawfirm.com
jmvb@boninlawfirm.com

***Counsel for Plaintiff Calvin Cains, Jr.***

**APPEARING FOR DEFENDANTS:**

Daniel Rault Martiny (9012)
James Bryan Mullaly (28296)
Jeffrey David Martiny (35012)
**Martiny & Associates**
131 Airline Hwy., Suite 201
Metairie, LA 70001
(504) 834-7676
danny@martinylaw.com
mulljtc@gmail.com
jeff@martinylaw.com

Franz L. Zibilich (14914)
**Franz L. Zibilich, Attorney at Law**
6611 General Diaz Street
New Orleans, LA 70124
(504) 508-6868
fzibilich@gmail.com

***Counsel for Defendants Joseph Lopinto, III, Clinston Gadea, Rickey Fuentes, Ryan Rivette, and Donald Clogher***

**PENDING MOTIONS:** There are no motions pending before the Court.

**UPCOMING SCHEDULE:**

June 17, 2027 – Final Pre-Trial

July 26, 2027 – Jury Trial (expected to last 5 days)

**BRIEF DESCRIPTION OF FACTUAL & LEGAL ISSUES:**

On June 6, 2023, Defendant officers approached Mr. Cains in unmarked vehicles and ultimately shot and killed Mr. Cains while he was in his vehicle. Plaintiffs bring this suit

for the violation of their son's constitutional right to be free from unreasonable seizure under the Fourth Amendment. The legal issues are rooted in whether Defendants' conduct was unreasonable and amount to excessive force under the law. Additionally, Plaintiffs bring a *Monell* claim, alleging that Jefferson Parrish Sherriff's office has an unwritten policy or custom that allows the officers to engage in violent behavior involving excessive force. Plaintiffs also allege that Defendant Lopinto fails to train his officers on bias-free policing or use of force, which resulted in excessive force on Mr. Cains. And, Defendants, in their individual capacities, assert the defense of qualified immunity, which Defendants assert bars Plaintiffs' claims.

**OUTSTANDING DISCOVERY:**

- Plaintiffs' Expert Report;
- Defendants' Expert Disclosure and Report; and
- Depositions.

**NEGOTIATION STATUS:**

The Parties have begun efforts to schedule private mediation in this matter.

Dated: September 17, 2026

*/s/Jordyn Parks*
Jordyn Parks*
Joseph T. Frate*
**DICELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
jfrate@dicellolevitt.com
jparks@dicellolevitt.com

Eli Hare (36752)
**DICELLO LEVITT LLP**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
(205) 855-5700
ehare@dicellolevitt.com

William Most (36914)
Dave Lanser (37764)
**MOST & ASSOCIATES**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com

***Counsel for Plaintiff Mallory Woodfork***
**Admitted Pro Hac Vice*

*/s/James Bryan Mullaly*
Daniel Rault Martiny
James Bryan Mullaly
Jeffrey David Martiny
**MARTINY & ASSOCIATES**
131 Airline Hwy., Suite 201
Metairie, LA 70001
(504) 834-7676
danny@martinylaw.com
mulljtc@gmail.com
jeff@martinylaw.com

Franz L. Zibilich
**FRANZ L. ZIBILICH, ATTORNEY AT LAW**
6611 General Diaz Street
New Orleans, LA 70124
(504) 508-6868
fzibilich@gmail.com

***Counsel for Defendants Joseph Lopinto, III, Clinston Gadea, Rickey Fuentes, Ryan Rivette, and Donald Clogher***

*/s/Roland Christian Bonin*

Roland Christian Bonin
Alexandre E. Bonin
Jean-Marc Vincent Bonin
**BONIN LAW FIRM**
4224 Canal Street
New Orleans, LA 70119
(504)586-0064
rcb@boninlawfirm.com
aeb@boninlawfirm.com
jmvb@boninlawfirm.com

***Counsel for Plaintiff Calvin Cains, Jr.***